IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| WILLIAM A. JENTSCH, JR., | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:23-cv-00054-O |
| | § | |
| OLI GROW, LLC, and SETH OLIVIER, | § | |
| | § | |
|     *Defendants.* | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Under FEDERAL RULE OF CIVIL PROCEDURE 7.1, Defendants Oli Grow, LLC, and Seth Olivier (hereinafter "**Defendants**"), file this Certificate of Interested Persons.

1. Defendants submit the following list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, other legal entities that are financially interested in the outcome of this case:

    (1)    William A. Jentsch, Jr. (Plaintiff);

    (2)    Oli Grow, LLC (Defendant);

    (3)    Seth Olivier (Defendant);

    (4)    Anderson & Riddle, LLP (Counsel for Defendants);

    (5)    Starr Adjustment Services, Inc. (Defendants' Insurance Company);

    (6)    Thomas W. Key, P.C. (Counsel for Plaintiff).

>Respectfully submitted,
>
>**ANDERSON & RIDDLE, LLP**
>
>/s/ *James S. Kiser*
>**GEFFREY W. ANDERSON**
>State Bar No. 00786980
>ganderson@andersonriddle.com
>**JAMES S. KISER**
>State Bar No. 24063690
>jkiser@andersonriddle.com
>1604 8th Avenue
>Fort Worth, Texas 76104
>Telephone: (817) 334-0059
>Facsimile: (817) 334-0425
>
>**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of May 2023, a true and correct copy of the foregoing instrument was served upon all counsel of record and all parties pursuant to the FEDERAL RULES OF CIVIL PROCEDURE, as reflected below:

>/s/ *James S. Kiser*
>**JAMES S. KISER**